# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                      Case No: 02-00342
AMPEL CORPORATION

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes <u>New York Blower Company, 7660 Quincy, Willowbrook, IL  60521, (630) 794-5723</u>

represented by <u>American Property Locators, Inc.</u>, hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

    A check in the amount of $924.70 belonging to The New York Blower Company was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

    Movant is entitled to receive the requested funds based upon (check all that apply):

☐   Movant is the owner of said funds being the owner appearing on the records of this Court.

☐   Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐   Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐   Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

RCIASB 12/10/22 14:05

☒ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) New York Blower Company, as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☒ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☐ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☒ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☐ Other (describe) _____

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to New York Blower Company, at the following address c/o Nancy McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 12/6/12            Signature _Nancy C. McMillan_

                         Name    Nancy C. McMillan

                         Title   Finder, APL, Inc.

                         Address 3855 S. Boulevard, Suite 200

                                 Edmond, OK 73013

SUBSCRIBED AND SWORN before me this 6th day of Dec, 20 12.

Signature: _____
NOTARY PUBLIC in and for the State of Oklahoma, Residing in Oklahoma County.

My commission expires: 4-27-2015

[Notary Seal: KATRINA J. CUTTER, NOTARY PUBLIC, #03004752, EXP. 04/27/15, STATE OF OKLAHOMA]

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf

## CERTIFICATE OF SERVICE

I, Nancy C. McMillan, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the 4th day of December, 2012, upon the following parties:

*(List name and address of all parties served. Service must include the following:*
*U.S. Attorney for the Southern District Of Iowa*
*U.S. Trustee for the Southern District of Iowa Panel Trustee Debtor Debtor's Attorney Any other party to this motion)*

Office of the United States Attorney
Attn: Civil Process Clerk
110 E. Court Ave., Ste. 286
Des Moines, IA 50309

Office of the United States Trustee
Federal Building
210 Walnut, Room 793
Des Moines, IA 50309

Deborah L. Peterson
P.O. Box 893
Council Bluffs, IA 51502-0893

Ampel Corporation
PO Box 3628
Urbandale IA 50322

Steven P. Wandro
2501 Grand Ave Ste B
Des Moines, IA 50312



Nancy C. McMillan
**American Property Locators, Inc.**
3855 South Boulevard
Suite 200
Edmond, OK 73013

Office: (405) 340-4900 • Toll Free: (800) 730-4343 • Fax (405) 340-5968
nmcmillan@apl-inc.com

Signature  *Nancy C. McMillan*
Name    Nancy C. McMillan

Address  APL, Inc., 3855 S. Boulevard,

Suite 200, Edmond, OK 73013

Telephone  405-340-4900

## LIMITED POWER OF ATTORNEY

New York Blower Company, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Nancy C. McMillan of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Ampel Corporation bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 27th day of November, 2012.

**PRINCIPAL:**
New York Blower Company
(Tax ID # 36-1545150)

By: [signature]
Title: Credit Manager

**PRINCIPAL'S ADDRESS:**
7660 Quincy
Willowbrook, IL 60521

### ACKNOWLEDGMENT

STATE OF Illinois )
COUNTY OF Cook )

Before me, the undersigned a Notary Public, in and for said County and State on this 27th day of November, 2012, personally appeared William J Nicklous to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Credit Manager and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: 12/5/12

Notary: [signature] Karen M Custer

OFFICIAL SEAL
KAREN M CUSTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/05/12

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                Case No: 02-00342
Ampel Corporation

**IDENTIFICATION FORM FOR UNCLAIMED FUNDS**
*CORPORATE/BUSINESS*

I, _William J Nickless_____, hereby state that I am the
_Credit Manager_____, of New York Blower Company
  (Title)                                        (Business Name)
and I am authorized to request payment of the unclaimed funds referenced in the attached
Motion. I am enclosing the attached document(s), including but not limited to corporate
documents (if applicable) showing proof of ownership of funds through amendment (such as
a name change), assignment, assumption, merger, and/or dissolution, and proper authority to
act on behalf of the corporation (if applicable), that substantiate(s) my authorization.

(CORPORATE SEAL)

Signature: _____
Name: William J Nickless
Address: 7660 Quincy
Willowbrook, IL 60521
Telephone: (630) 794-5723

**ATTACH A PHOTOCOPY OF A BUSINESS CARD**
J:\Web\Forms\PDF Files\ID Corp Unclaimed Funds.pdf 5/27/09

# American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968

(800) 730-4343
(405) 340-4900

March 16, 2013

U.S. Bankruptcy Court
SOUTHERN DISTRICT OF IOWA
Attn: Bill Freiburger
110 E. Court Ave., Room 300
Des Moines, IA 50309

**VIA USPS MAIL**

RE: Case No: 02-00342
Debtor: Ampel Corporation

Dear Mr. Freiburger:

Enclosed is an original Statement of Authority for William Nickless to act on behalf o The New York Blower Company, a creditor in the following case:

Case No:            02-00342

Debtor:             Ampel Corporation

Creditor/Claimant:  The New York Blower Company

Amount:             $924.70

Thank you for your assistance in this matter.

Sincerely,

*Nancy C. McMillan*
Nancy C. McMillan

NCM
Enclosures

RCIASB 03/21/13 19:41

## STATEMEMT OF AUTHORITY

The undersigned being duly sworn, states that William Nickless, Credit Manager, is authorized to execute claim documents on behalf of The New York Blower Company, as required for any and all claim(s) submitted for Unclaimed Property on the Company's behalf.

The New York Blower Company

By: *[signature]*        FREDERICK G. PROHAMMER, JR.

Title: CFO

7660 Quincy
Willowbrook IL  60521

Sworn and subscribed to me this ___7___ day of __March__, 2013.

Notary: *[signature]*

My commission expires: __12/5/16__

```
OFFICIAL SEAL
KAREN M CUSTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/05/16
```