**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                        Case No: 02-00342
AMPEL CORPORATION

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes <u>General Electric, member of Manufacturer and Dealer Services LLC, 4211 Metro Parkway, Ft. Meyers, FL 33916, (239) 275-2475</u>

represented by <u>American Property Locators, Inc.</u>, hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of $2,309.72 belonging to Manufacturer and Dealer Services LLC was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitled to receive the requested funds based upon (check all that apply):

☐ Movant is the owner of said funds being the owner appearing on the records of this Court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

RCIASB 05/02/13 13:19

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf

☒ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) General Electric, member of Manufacturer and Dealer Services LLC, as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☒ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☐ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☒ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☐ Other (describe)_____

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to General Electric at the following address c/o Nancy McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 4/29/13        Signature: Nancy C. McMillan

Name    Nancy C. McMillan

Title    Finder, APL, Inc.
Address  3855 S. Boulevard, Suite 200
         Edmond, OK 73013

SUBSCRIBED AND SWORN before me this 29th day of April, 2013.

Signature: [signed]
NOTARY PUBLIC in and for the State of Oklahoma,
Residing in Oklahoma County.
My commission expires: 4-27-2015

[Notary seal: KATRINA J. CUTTER, NOTARY PUBLIC, #03004752, EXP. 04/27/15, STATE OF OKLAHOMA]

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf

## CERTIFICATE OF SERVICE

I, <u>Nancy C. McMillan</u>, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the <u>29th</u> day of <u>April</u>, 20<u>13</u>, upon the following parties:

*(List name and address of all parties served. Service must include the following:*
*U.S. Attorney for the Southern District Of Iowa*
*U.S. Trustee for the Southern District of Iowa Panel Trustee Debtor Debtor's Attorney Any other party to this motion)*

Office of the United States Attorney
Attn: Civil Process Clerk
110 E. Court Ave., Ste. 286
Des Moines, IA 50309

Office of the United States Trustee
Federal Building
210 Walnut, Room 793
Des Moines, IA 50309

Deborah L. Peterson
P.O. Box 893
Council Bluffs, IA 51502-0893

Ampel Corporation
PO Box 3628
Urbandale IA 50322

Steven P. Wandro
2501 Grand Ave Ste B
Des Moines, IA 50312

Signature _Nancy C. McMillan_
Name      <u>Nancy C. McMillan</u>

Address  <u>APL, Inc., 3855 S. Boulevard,</u>

<u>Suite 200, Edmond, OK 73013</u>

Telephone <u>405-340-4900</u>

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf



Nancy C. McMillan

**American Property Locators, Inc.**

3855 South Boulevard
Suite 200
Edmond, OK 73013

Office: (405) 340-4900 • Toll Free: (800) 730-4343 • Fax (405) 340-5968
nmcmillan@apl-inc.com



# Limited Power of Attorney
## For Recovery of Funds

I, **Bruce Squillante**, do hereby appoint **Nancy C. McMillan of American Property Locators, Inc. (APL)**, exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **Manufacturer & Dealer Service, LLc.** in the amount of **$2,309.72** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc.** may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of General Electric Co. % Bruce Squillante unless directed otherwise.

This letter of authorization shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc.** prior to the time of such expiration.

Signed this  13th  day of  February , in the year 201_3_.

General Electric Company

_____  **Controller, Unclaimed Property**
By: (Name, Title)

State of     **Florida**

County of    **Lee**

Acknowledged by me on this  13th  day of  February  , 201_3_,

**Bruce Squillante, Controller, Unclaimed Property** to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _____
                    Notary Public

(Notary Seal) My Commission expires: 5-3-2016

[Notary Stamp: ALEXANDRA UNGUREANU, MY COMMISSION # EE195374, EXPIRES May 03, 2016]

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                              Case No: 02-00342
Ampel Corporation

## IDENTIFICATION FORM FOR UNCLAIMED FUNDS
### *CORPORATE/BUSINESS*

I, Bruce Squillante                                     , hereby state that I am the
Unclaimed Property Controller      , of    General Electric Company
(Title)                                                 (Business Name)
and I am authorized to request payment of the unclaimed funds referenced in the attached Motion. I am enclosing the attached document(s), including but not limited to corporate documents (if applicable) showing proof of ownership of funds through amendment (such as a name change), assignment, assumption, merger, and/or dissolution, and proper authority to act on behalf of the corporation (if applicable), that substantiate(s) my authorization.

(CORPORATE SEAL)

Signature: _____
Name: Bruce J. Squillante
Address: GE Global Services
4211 Metro Parkway
Ft. Meyers, FL  33916
Telephone: (239) 275-2475

**ATTACH A PHOTOCOPY OF A BUSINESS CARD**
J:\Web\Forms\PDF Files\ID Corp Unclaimed Funds.pdf 5/27/09





**Bruce J. Squillante**
Controller, Unclaimed Property
Payables Solutions

T +1 239 275 2429
F +1 239 278 2588
M +1 616 460 1614
bruce.squillante@ge.com
www.ge.com

4211 Metro Parkway
Fort Myers, FL 33916
USA
General Electric Company

```
AK Entity #: 73199F
Date Filed: 01/14/2013
State of Alaska, DCCED
```



**STATE OF ALASKA
DEPARTMENT OF
COMMERCE
COMMUNITY AND
ECONOMIC DEVELOPMENT**

Sean Parnell, Governor
Susan K. Bell, Commissioner
Don Habeger, Director

Division of Corporations, Business and Professional Licensing



RECEIVED
Juneau
JAN 14 2013
Division of Corporations, Business and Professional Licensing

RE#10176525

## Limited Liability Company
### 2013 Biennial Report
For the period ending December 31, 2012

- This report is due on January 02, 2013
- $200.00 if postmarked before February 02, 2013
- $247.50 if postmarked on or after February 02, 2013

| | | | |
|---|---|---|---|
| **Entity Name:** | MANUFACTURER AND DEALER SERVICES LLC | **Registered Agent** | |
| **Entity Number:** | 73199F | **Name:** | C T Corporation System |
| **Home Country:** | UNITED STATES | **Physical Address:** | 9360 Glacier Hwy Ste 202, JUNEAU, AK 99801 |
| **Home State/Province:** | DELAWARE | **Mailing Address:** | 9360 Glacier Hwy Ste 202, JUNEAU, AK 99801 |

| | |
|---|---|
| **Entity Physical Address:** | 201 Merritt 7, Norwalk, CT 06851 |
| **Entity Mailing Address:** | 201 Merritt 7, Norwalk, CT 06851 |

Please include all officials. Check all titles that apply. Must use titles provided. Please list the names and addresses of the members of the foreign limited liability company (LLC). There must be at least one member listed. If the LLC is managed by a manager(s), there must also be at least one manager listed. Please provide the name and address of each manager of the company. You must also list the name and address of each person owning at least 5% interest in the company and the percentage of interest held by that person.

| Name | Address | % Owned | Member | Intentionally Left Blank | Intentionally Left Blank | Intentionally Left Blank | Intentionally Left Blank | Intentionally Left Blank | Intentionally Left Blank | Intentionally Left Blank |
|---|---|---|---|---|---|---|---|---|---|---|
| GE Capital Corporation | 800 Long Ridge Road, Stamford, CT 06927 | 100 | X | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

If necessary, attach a list of additional officials on a separate 8 1/2 X 11 sheet of paper.

**Purpose:** LEASING AND FINANCING
**NAICS Code:**
**New NAICS Code (optional):** 522298



Signature: [signature]    Printed Name: ANTHONY J. IANNINI    Date: 1/7/2013

PO Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2550  Fax: (907) 465-2974  Text Tel: (907) 465-5437  Website: http://commerce.alaska.gov/occ/

**RECEIVED**
Juneau

**JAN 1 4 2013**

Division of Corporations, Business
and Professional Licensing


imagination at work

GE

| SEARCH | PRODUCTS & SOLUTIONS | FINANCIAL SERVICES | CITIZENSHIP | OUR COMPANY |

## Press Release Archive

Home

Our Company

News

Press Release Archive

News Archive

Other Press Sites

Contacts

Podcast | RSS

### GE Capital Acquires Remaining 50% of Private Label Credit Card Joint Venture With Bank One

STAMFORD, Conn.--(BUSINESS WIRE)--June 6, 2002--GE Capital and Bank One Corporation announced today that they have ended their joint venture in their $3.8 billion private-label credit card business, Monogram Credit Services, and that GE Capital has purchased Bank One's stake.

Formed as a 50/50 joint venture in December 1998, Monogram Credit Services (MCS), based in Kettering, Ohio, provides private label financing programs for national and regional retailers in six key industries: automotive/recreational vehicles, consumer electronics and appliances, furniture, floor covering, jewelry and health care.

MCS is operated by GE Card Services, a GE Capital company based in Stamford, Conn.

Today, MCS supports a diversified portfolio of more than 60 clients with merchants in over 60,000 locations, including: Ford, Sony, PC Richard & Son, Tweeter, Ultimate Electronics, Suzuki, Ethan Allen, Brandsmart USA, H.H. Gregg Electronics, Whitehall Jewelers, Shaw Industries and Mohawk Industries.

With nearly 100 million private label credit card accounts, GE Card Services is a leader in providing credit products and services to retailers and consumers across North America. More information about GE Card Services can be found online at www.ge.com/capital/cardservices.

GE Capital, with assets of US$425 billion, is a global, diversified financial services company grouped into six key operating segments comprised of 25 businesses. A wholly-owned subsidiary of General Electric Company, GE Capital, based in Stamford, Conn., provides a variety of consumer services, such as private label credit cards; life and auto insurance; mid-market financing; specialized financing; specialty insurance; equipment management; and specialized services, to businesses and individuals in 45 countries around the world. GE (NYSE: GE) is a diversified services, technology and manufacturing company with operations worldwide. More information about GE can be found online at www.ge.com.

Bank One Corporation (NYSE: ONE) is the nation's sixth-largest bank holding company, with assets of more than $260 billion.

    --30--mem/ny*

    CONTACT: GE Capital
             Peter Tosches, 203/316-7284 (office);
             203/247-7487 (cell); or 203/758-6646 (home).

Home | Products & Solutions | Financial Services | Citizenship | Our Company | Podcasts/RSS | Site Map
GE Around the World | FAQs | Contact Us | Privacy Policy | Accessibility Statement | Terms & Conditions

© 2006 General Electric Company